No. 1154.   BANQUE DE FRANCE *v.* SUPREME COURT OF THE STATE OF NEW YORK ET AL.   Appeal from the Supreme Court of New York.   May 25, 1942.   *Per Curiam:* The appeal is dismissed for the want of jurisdiction.   Section 237 (a), Judicial Code, as amended, 28 U. S. C., § 344 (a).   Treating the papers whereon the appeal was allowed as an application for writ of certiorari as required by § 237 (c) of the Judicial Code, as amended, 28 U. S. C., § 344 (c), certiorari is denied.   The CHIEF JUSTICE took no part in the consideration or decision of this case.   *Messrs. Frederic R. Coudert* and *Mahlon B. Doing* for appellant. *Messrs. John C. Bruton* and *John Foster Dulles* for appellees.

No. 1202.   KRAMER *v.* SHEEHY, WARDEN.   Appeal from the Supreme Court of Nevada.   May 25, 1942.   *Per Curiam:* The Court has examined all the federal questions raised by appellant.   It finds that the attack upon the validity of the state statute raises no substantial federal question (*Wolfgang* v. *California,* 270 U. S. 627, and cases cited), and that none of the other questions presented warrant further review.   The motion to dismiss is therefore granted, and the appeal is dismissed for want of a substantial federal question.   The motion for leave to proceed further *in forma pauperis* is denied.   *John A. Kramer, pro se.   Messrs. Gray Mashburn,* Attorney General of Nevada, and *John W. Bonner* for appellee.